## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ACCURACY IN MEDIA, INC.**, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> **DEPARTMENT OF DEFENSE**, *et al.*, <br><br> *Defendants*. | Civil Action No. 14-1589 (EGS/DAR) |

## NOTICE OF SUBSTITUTION OF COUNSEL

To the Clerk of Court and all Parties of Record:

Please take notice that Joshua C. Abbuhl will substitute as counsel of record for all

Defendants in place of attorneys Tamra Moore and Megan Crowley.  The Clerk of Court is

requested to substitute the appearance of Joshua Abbuhl for the appearances of Tamra Moore

and Megan Crowley.


DATED:  August 28, 2020

Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Joshua C. Abbuhl*
JOSHUA C. ABBUHL (D.C. Bar No. 1044782)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-8366

2

                                        Facsimile: (202) 616-8470
                                        joshua.abbuhl@usdoj.gov
                                        *Counsel for Defendants*