UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACCURACY IN MEDIA, INC., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | )     Case No. 14-1589 (EGS/DAR) |
| DEPARTMENT OF DEFENSE, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT
OF TIME WITHIN WHICH TO SUBMIT OBJECTIONS TO
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

COME NOW plaintiffs Accuracy in Media, Inc., Roger L. Aronoff, Captain Larry W.

Bailey, USN (Ret.), Lieutenant Colonel Kenneth Benway, USA (Ret.), Colonel Richard F.

Brauer, Jr., USA (Ret.), Clare M. Lopez, , and Kevin Michael Shipp, by counsel, and move this

Court, under Rule 6(b)(1) of the Federal Rules of Civil Procedure, for a 14-day extension of time

within which to submit their Objections to the Magistrate Judge's *Report and Recommendation*.

Defendants do not oppose the relief sought.

Memorandum of Points and Authorities

1.      On August 27, The Honorable Deborah A. Robinson issued her *Report and*

*Recommendation*, ECF No. 83, regarding the cross-motions for summary judgment.

2.      Under LCvR 72.2 (b)(b) *Objections to Magistrate Judge's Ruling*, "Any party

may file written objections to a magistrate judge's ruling under paragraph (a) within 14 days

after being served with the order of the magistrate judge, unless a different time is prescribed

by the magistrate judge or the district judge."  The 14-day time period will expire on

September 10, 2020.

3.      On August 27, counsel was on vacation.   He returned to work on Tuesday,

September 2, 2020.

4.      The 33-page *Report and Recommendation* regards disparate motions between

plaintiffs and the CIA, the DOD, and the FBI.  Drafting plaintiffs' objection is a time-consuming

task.

5.      Due to the press of other matters, particularly upon the return from vacation,

counsel has been unable to devote enough time to complete plaintiffs' objection.

6.      Rule 6(b)(1) of the Federal Rules of Civil Procedure states, "When an act may or

must be done within a specified time, the court may, for good cause, extend the time."  Plaintiffs

believe that good cause is present here.

WHEREFORE, plaintiffs respectfully move this Court for a 14-day extension of time

within which to submit their objection to the *Report and Recommendation*, up to and including

September 24, 2020.

Date: September 9, 2020.


                              Respectfully submitted,


                                   /s/
                              John H. Clarke Bar No. 388599
                              Attorney for plaintiffs
                              1629 K Street, NW
                              Suite 300
                              Washington, DC 20006
                              (202) 344-0776
                              johnhclarke@earthlink.net

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ACCURACY IN MEDIA, INC., et al.,    )
                                    )
    Plaintiffs,                 )
                                    )
    v.                          )
                                    )    Case No. 14-1589 (EGS/DAR)
DEPARTMENT OF DEFENSE, et al.,      )
                                    )
    Defendants.                 )
                                    )

ORDER

Upon consideration of plaintiffs' Consent Motion for an Enlargement of Time within

which to Submit their Objection to the Magistrate Judge's Report and Recommendation, under

Rule 6(b)(1) of the Federal Rules of Civil Procedure, and the grounds submitted in support of

that relief, it is hereby

ORDERED, that the motion is GRANTED, and it is further

ORDERED, that, plaintiffs shall have up to and including September 24, 2020, to submit

their objection to the Report and Recommendation.


                                       _____

                                       EMMET G. SULLIVAN
                                       United States District Judge


. Date: September_____, 2020.