UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ACCURACY IN MEDIA, INC., et al.,            )
                                            )
    Plaintiffs,                             )
                                            )
v.                                          )
                                            )            Case No. 14-1589 (EGS/DAR)
DEPARTMENT OF DEFENSE, et al.,              )
                                            )
    Defendants.                             )
_____            )

ORDER

Upon consideration of plaintiffs' Consent Motion for an Enlargement of Time within

which to Submit their Objection to the Magistrate Judge's Report and Recommendation, under

Rule 6(b)(1) of the Federal Rules of Civil Procedure,  and the grounds submitted in support of

that relief, it is hereby

ORDERED, that the motion is GRANTED, and it is further

ORDERED, that, plaintiffs shall have up to and including September 24, 2020, to submit

their objection to the Report and Recommendation.

_____
EMMET G. SULLIVAN
United States District Judge

. Date: September_____, 2020.