IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ACCURACY IN MEDIA**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **DEPARTMENT OF DEFENSE**, *et al.*, <br><br> Defendants. | Case No. 14-1589 (EGS/DAR) |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' OBJECTIONS TO THE MAGISTRATE'S REPORT AND RECOMMENDATION**

Defendants respectfully request a two-week extension of time, up to and including November 23, 2020, to file their response to Plaintiffs' objections to the magistrate's report and recommendation. Plaintiffs do not oppose Defendants' requested relief. As good cause for this request, Defendants offer the following.

1. Plaintiffs filed a complaint in this Freedom of Information Act ("FOIA") case on September 19, 2014. ECF No. 1.

2. Defendants filed their motion for summary judgment on May 10, 2018. ECF No. 68. Plaintiffs filed their cross motion for summary judgment on June 25, 2018. ECF No. 71. The same day, Plaintiffs also filed a motion for leave to propound an interrogatory to the Department of Defense. *See* ECF No. 73. On January 7, 2019, the Court referred the case to a magistrate judge. *See* January 7, 2019 Minute Order. The case was assigned to Magistrate Judge Deborah Robinson.

3. Magistrate Judge Robinson issued her Report and Recommendation on August 27, 2020. ECF No. 83.

4. On September 9, 2020, Plaintiffs moved for an extension of time to file objections to the Report and Recommendation.  Defendants did not oppose the motion, *see* ECF No. 85, and the Court granted Plaintiffs' extension, *see* Sept. 9, 2020 Minute Order.  Plaintiffs filed their objections to the Report and Recommendation on September 23, 2020.  ECF No. 87.

5. On October 2, 2020, Defendants moved for a one-month extension of time to respond to Plaintiffs' objections.  ECF No. 89.  The Court granted that motion, making Defendants' current deadline November 9, 2020.  *See* October 5, 2020 Minute Order.

6. Defendants respectfully submit that because of deadlines in other cases, Defendants require an additional, short extension of time to respond to Plaintiffs' objections.  Accordingly, Defendants request a two-week extension of time to respond to Plaintiffs' objections, up to and including November 23, 2020.

7. Undersigned counsel has previously requested and received one extension of time to respond to Plaintiffs' objections.

8. Granting this motion will not affect any other pending deadlines.

9. Before filing this motion, pursuant to Local Civil Rule 7(m), undersigned counsel for Defendants conferred with counsel for Plaintiffs, who reported that Plaintiffs do not oppose the relief requested in this motion.

DATED:  October 30, 2020                              Respectfully submitted,

                                          JEFFREY BOSSERT CLARK
                                          Acting Assistant Attorney General

                                          ELIZABETH J. SHAPIRO
                                          Deputy Director
                                          Federal Programs Branch

                                          */s/ Joshua C. Abbuhl*
                                          JOSHUA C. ABBUHL (D.C. Bar No. 1044782)
                                          Trial Attorney

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-8366
Facsimile: (202) 616-8470
joshua.abbuhl@usdoj.gov
*Counsel for Defendant*