IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ACCURACY IN MEDIA**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**DEPARTMENT OF DEFENSE**, *et al.*,<br><br>Defendants. | Case No. 14-1589 (EGS/DAR) |

**[PROPOSED] ORDER**

After reviewing Defendants' Unopposed Motion For Extension of Time to Respond to Plaintiffs' Objections to the Magistrate's Report and Recommendation, and finding good cause presented, the Court **GRANTS** the Motion. Defendants shall file their opposition to Plaintiffs' Objections on or before November 23, 2020.

It is SO ORDERED.

Dated: _____          _____
                                                        The Honorable Emmet G. Sullivan
                                                        UNITED STATES DISTRICT JUDGE